THE PEOPLE ex rel. THE PRESIDENT, MANAGERS AND COMPANY OF THE DELAWARE AND HUDSON CANAL COMPANY, Lessee, Respondent, *v.* JOHN GANLEY et al., Assessors, etc., Appellants.

(Argued December 22, 1891; decided January 26, 1892.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made January 4, 1890, which affirmed an order of Special Term, correcting an illegal and erroneous assessment.

*A. D. Wait* for appellants.

*Edwin Young* for respondent.

Agree to affirm on opinion of LEARNED. J., in court below.
All concur.
Order affirmed.          _____